# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

LUIS AND YOLANDA SEGURA,

    Plaintiffs,

    v.

ALLSTATE INSURANCE COMPANY, *et al.*,

    Defendants,

    AND RELATED CASES.

Case No.: 13-CV-5594 YGR
Case No.: 14-CV-1589 YGR
Case No.: 14-CV-1687 YGR

TENTATIVE RULING AND REQUEST FOR FURTHER STATEMENT

Now before the Court area total of four motions filed in three related insurance coverage cases. In *Segura v. Allstate*, Case No. 14-1687, there are two motions: (1) Plaintiffs Yolanda and Luis Segura's Motion to Remand (Dkt. No. 15); (2) Defendant Allstate's Motion to Dismiss (Dkt. No. 14). In *Allstate v. Segura*, Case No. 13-5594, Defendants Seguras have filed a Motion to Dismiss (Dkt. No. 31) to which Defendants Bac, *et al.*, have joined (Dkt. No. 3). In *Bac v. Allstate*, Case No. 14-1589, Plaintiffs Bac, *et al.*, have filed a Motion to Remand (Dkt. No. 12).

Having carefully considered the papers submitted and the pleadings in these actions, the Court is inclined to grant the Seguras' Motion to Remand. By Friday, July 25, the parties may, if they choose, file a response not to exceed four pages explaining how an order remanding the *Segura v. Allstate* case will bear on the other outstanding motions. The parties shall be prepared to discuss the same at oral argument on July 29, 2014.

IT IS SO ORDERED.

Date: **July 22, 2014**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE