United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ALLSTATE INSURANCE COMPANY,**

Plaintiff,

v.

**LUIS SEGURA, ET AL.,**

Defendants.

Case No.  13-cv-05594-YGR

**ORDER VACATING COMPLIANCE HEARING;
SETTING COMPLIANCE HEARING**

Having received the parties' statement concerning the status of the stay in this action, the Court hereby **VACATES** the compliance hearing set for February 13, 2015.

A compliance hearing regarding the status of the state court litigation and the factors supporting the stay in this action shall be held on **Friday, August 14, 2015** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) statement apprising the Court of the status of the state court litigation and the factors supporting the stay in this action; or (b) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions

**IT IS SO ORDERED.**

Dated: February 11, 2015

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE**