MICHAEL BARNES (State Bar No. 121314)
JEFFRY BUTLER (State Bar No. 180936)
MENGMENG ZHANG (State Bar No. 280411)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA  94105-2708
Telephone:   (415) 882-5000
Facsimile:    (415) 882-0300

Attorneys for Plaintiff and Counter-Defendant
ALLSTATE INSURANCE COMPANY

GUY O. KORNBLUM (State Bar No. 39974)
NICHOLAS J. PETERSON (State Bar No. 287902)
KORNBLUM, COCHRAN, ERICKSON & HARBISON, LLP
1388 Sutter Street, Suite 505
San Francisco, CA  94109
Telephone:   (415) 440-7800
Facsimile:    (415) 440-7898

Attorneys for Defendants and Counter-Claimants
FLORIDALMA BAC, SILVIA HURTADO,
and CARLOS SUMPALAJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LUIS SEGURA, YOLANDA SEGURA, FLORIDALMA BAC, SILVIA HURTADO, and CARLOS SUMPALAJ,<br><br>Defendants. | No. 4:13-cv-05594-YGR<br><br>**STIPULATION TO DISMISS WITH PREJUDICE CLAIMS BETWEEN DEFENDANTS FLORIDALMA BAC, SILVIA HURTADO AND CARLOS SUMPALAJ AND PLAINTIFF ALLSTATE INSURANCE COMPANY** |
| RELATED COUNTERCLAIM | |

1  Plaintiff and Counter-Defendant Allstate Insurance Company and Defendants and
2  Counter-Claimants Floridalma Bac, Silvia Hurtado, and Carlos Sumpalaj, by and through their
3  respective undersigned counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure
4  41(a)(1) for the dismissal with prejudice of the following:

5      1. All claims by Floridalma Bac, Silvia Hurtado, and Carlos Sumpalaj against
6         Allstate; and
7      2. All claims by Allstate against Floridalma Bac, Silvia Hurtado, and Carlos
8         Sumpalaj.

9  Each side shall bear its or their own fees and costs.
10  IT IS SO STIPULATED.

11  Dated: September 28, 2015                   DENTONS US LLP

By _Jeffry Butler /MZ_
    JEFFRY BUTLER

Attorneys for Plaintiff and Counter-Defendant
ALLSTATE INSURANCE COMPANY

Dated: September 28, 2015                   KORNBLUM, COCHRAN, ERICKSON &
HARBISON, LLP

By _____
    NICHOLAS PETERSON

Attorneys for Defendants and Counter-Claimants
FLORIDALMA BAC, SILVIA HURTADO and
CARLOS SUMPALAJ

IT IS SO ORDERED.

October 1, 2015

_Yvonne Gonzalez Rogers_
YVONNE GONZALEZ ROGERS
U.S. District Court Judge