

1  MICHAEL BARNES (Bar No. 121314)
   JEFFRY BUTLER (Bar No. 180936)
2  MENGMENG ZHANG (Bar No. 280411)
   DENTONS US LLP
3  One Market Plaza, Spear Tower, 24th Floor
   San Francisco, California  94105
4  Telephone:     (415) 267-4000
   Facsimile:     (415) 267-4198
5  Email:     michael.barnes@dentons.com
                jeffry.butler@dentons.com
6                mengmeng.zhang@dentons.com

7  Attorneys for Plaintiff and Counter-Defendant
   ALLSTATE INSURANCE COMPANY

8

9  E. GERARD MANNION (SBN 39974)
   DEMIAN I. OKSENENDLER (SBN 233416)
10 MANNION LOWE & OKSENENDLER
   601 Montgomery St., Suite #1090
11 San Francisco, California  94111
   Telephone:  (415) 733-1050
12 Facsimile:  (415) 434-4810
   Email:     gerry@mlolawyers.com
13             demian@mlolawyers.com

14 Attorneys for Defendants
   LUIS SEGURA and YOLANDA SEGURA

15

16                    **UNITED STATES DISTRICT COURT**

17                   **NORTHERN DISTRICT OF CALIFORNIA**

18

19 ALLSTATE INSURANCE COMPANY,                Case No. 4:13-cv-05594-YGR

20                    Plaintiff,

21          vs.                               **STIPULATION FOR DISMISSAL
                                              WITH PREJUDICE**   AND ORDER
22 LUIS SEGURA, YOLANDA SEGURA,
   FLORIDALMA BAC, SILVIA
23 HURTADO, and CARLOS SUMPALAJ,

24                    Defendants.

25 AND RELATED COUNTERCLAIM

26

27

28

CASE NO. 4:13-CV-05594-YGR                              STIPULATION FOR DISMISSAL

*Dentons US LLP*
*One Market Plaza, Spear Tower, 24th Floor*
*San Francisco, CA 94105*
*415 267 4000*

1

## STIPULATION FOR DISMISSAL WITH PREJUDICE

2

3       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Allstate Insurance Company

4   and Luis Segura and Yolanda Segura (collectively, the "Parties"), who constitute all parties that

5   remain in this action, through their counsel, hereby stipulate that this action shall be dismissed

6   with prejudice in its entirety in view of the settlement of their dispute.

7       The Parties further stipulate that they shall bear their own attorneys' fees and costs in

8   connection with this action.

9       **IT IS SO STIPULATED.**

10  Dated:  April 23, 2021                    DENTONS US LLP

11

12                                            */s/ Mengmeng Zhang*
                                        By:   MENGMENG ZHANG

13                                            Attorneys for Plaintiff and Counter-Defendant
                                              ALLSTATE INSURANCE COMPANY

14

15  Dated:  April 23, 2021                    MANNION LOWE & OKSENENDLER

16

17                                            */s/ Demián I. Oksenendler*
                                        By:   DEMIAN I. OKSENENDLER

18                                            Attorneys for Defendants
                                              LUIS SEGURA and YOLANDA SEGURA

19

20  ### FILER'S ATTESTATION:

21      Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury

22  that the concurrence in the filing of this document has been obtained from its signatories.

23

24  Dated:  April 23, 2021                By   */s/ Mengmeng Zhang*
                                              MENGMENG ZHANG

25

26

27

28

CASE NO. 4:13-CV-05594-YGR                                STIPULATION FOR DISMISSAL

Dentons US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, CA 94105
415 267 4000